WILLIAM ALLINSON, Respondent, v. THE WILLOUGHBY REALTY COMPANY

and Others, Defendants, Impleaded with MARK JACOBS, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Mills, Putnam and Kelly, JJ., concurred.